■ In the Matter of WILLIE M. JEFFERS, Petitioner, v CESAR A. PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Determination of the respondent State commissioner, dated August 19, 1982, confirmed, without costs or disbursements, and proceeding dismissed on the merits. ¶ The determination is supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.